UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00173-GNS-HBB

JESSE VICKERS                                                                                           PLAINTIFF

v.

GRANGE INSURANCE COMPANY                                                          DEFENDANT

**AGREED ORDER OF DISMISSAL**

This matter is before the Court upon the agreement of the parties, as evidenced by the signatures of their respective counsel below. The parties announce to the Court that they have resolved all claims asserted or assertable by them in this matter to their mutual satisfaction, and that the action may be dismissed. The parties being in agreement, and the Court being sufficiently advised in all ways, IT IS HEREBY ORDERED:

All claims that were or that court have been asserted by Plaintiff Jesse Vickers against Defendant Grange Insurance Company are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

_July 23, 2025_
DATE

Greg N. Stivers, Chief Judge
United States District Court

Have seen and agreed:

/s/ *Colton W. Givens*
Thomas N. Kerrick
Colton W. Givens
KERRICK BACHERT PSC
1411 Scottsville Rd., P.O. Box 9547
Bowling Green, KY 42104-9547
tkerrick@kerricklaw.com
cgivens@kerricklaw.com
*Counsel for Defendant*

/s/ *Kelli Lester (with permission)*
Kelli Lester
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
klester@forthepeople.com
*Counsel for Plaintiff*